UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                        Case No. 16-CR-20594

vs.                                   HON. MARK A. GOLDSMITH

D1- RENE EID,

    Defendant.
_____/

## ORDER
## ADOPTING THE RECOMMENDATION CONTAINED IN THE MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION DATED SEPTEMBER 15, 2016 (Dkt. 30)

This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Grand, issued on September 15, 2016 (Dkt. 30).

As set out in the Stipulation and Order of the parties (Dkt 31), the parties have no objections to the Amended Report and Recommendation. Therefore, the Court adopts it in full, including its provision for non-cash collateral and all other conditions of the bond, as well as the Appearance Bond of today's date.

SO ORDERED.

Dated: September 15, 2016            s/ Mark A. Goldsmith
     Detroit, Michigan             MARK A. GOLDSMITH
                                       UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 15, 2016.

                                               s/Karri Sandusky
                                               Case Manager