UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v                                              Case No. 16-20594
                                              HON. MARK A. GOLDSMITH,

D1- RENE EID,

    Defendant.
_____/

## **ORDER STRIKING STIPULATION**

On May 8, 2018 a stipulation to adjourn sentencing was filed [Dkt. 63].

Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 11(a), a proposed **stipulation and order** must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF. The stipulation at issue is not in compliance with the rule.

IT IS ORDERED, that the stipulation [Dkt. #63] is STRICKEN.

SO ORDERED.

Dated: May 8, 2018                                  s/Mark A. Goldsmith
    Detroit, Michigan                           MARK A. GOLDSMITH
                                                    United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 8, 2018.

                                                                       s/Karri Sandusky
                                                                        Case Manager